UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAIGE PRESTON, STEPHANIE WALSH, RACHEL BESSER, NICOLE HALE, ARIEL HOLTON and CAITLIN FERTIG,

        Plaintiffs,

v.          Case No:  6:20-cv-1137-Orl-40DCI

PROPER & WILD, LLC, THE SANCTUM, LLC, SANCTUM COFFEE AND JUICE BAR, LLC, JAMIE SAVAGE and CHELSIE SAVAGE,

        Defendants.

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 30th day of June 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

1