UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAIGE PRESTON, STEPHANIE WALSH,
RACHEL BESSER, NICOLE HALE, ARIEL
HOLTON and CAITLIN FERTIG, on behalf
of themselves and all those similarly situated,

                      Plaintiffs,

                                    CASE NO.  6:20-cv-01137-ORL-40DCI

vs.

PROPER & WILD, LLC, a Florida limited liability
company, THE SANCTUM, LLC, a Florida limited
liability company, SANCTUM COFFEE AND
JUICE BAR, LLC, a Florida limited liability company,
JAMIE SAVAGE, individually, and CHELSIE
SAVAGE, individually,

                      Defendants.
_____/

**PLAINTIFFS CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, Paige Preston, Stephanie Walsh, Rachel Besser, Nicole Hale, Ariel Holton, and Caitlin Fertig, by and through counsel, hereby disclose the following pursuant to this Court's interested persons order:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Paige Preston – Plaintiff
    b. Stephanie Walsh – Plaintiff
    c. Rachel Besser – Plaintiff
    d. Nicole Hale – Plaintiff
    e. Ariel Holton – Plaintiff
    f. Caitlin Fertig – Plaintiff
    g. Jill S. Schwartz, Esquire – Counsel for Plaintiffs
    h. David H. Spalter, Esquire – Counsel for Plaintiffs
    i. Lauren R. Robertson, Esquire – Counsel for Plaintiffs
    j. Jill S. Schwartz & Associates, P.A. – Counsel for Plaintiff
    k. Proper & Wild, LLC – Defendant
    l. The Sanctum, LLC – Defendant
    m. Sanctum Coffee and Juice Bar, LLC – Defendant
    n. Jamie Savage – Defendant
    o. Chelsie Savage – Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Paige Preston
    Stephanie Walsh
    Rachel Besser

   Nicole Hale

   Ariel Holton

   Caitlin Fertig

5. I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I further certify that I will serve a copy of this CERTIFICATE OF INTERESTED PERSONS and CORPORATE DISCLOSURE STATEMENT upon each party no later than fourteen days after appearance of the party.

Date: July 14, 2020

            Respectfully submitted,

            s/ David H. Spalter, Esquire
            Jill S. Schwartz, Esquire
            Florida Bar No. 523021
            David H. Spalter, Esquire
            Florida Bar No. 966347
            Lauren R. Robertson, Esquire
            Florida Bar No. 109236
            JILL S. SCHWARTZ & ASSOCIATES, P.A.
            655 W. Morse Blvd., Suite 212
            Winter Park, Florida 32789
            Telephone: (407) 647-8911
            Facsimile: (407) 628-4994
            E-mail: jschwartz@schwartzlawfirm.net
            E-mail: dspalter@schwartzlawfirm.net
            E-mail: lrobertson@schwartzlawfirm.net
            Secondary E-mail: acook@schwartzlawfirm.net
            Secondary E-mail: docketing@schwartzlawfirm.net

            Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 14, 2020**, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                 s/ David H. Spalter
                                                 David H. Spalter, Esquire