# AFFIDAVI  OF  ROCESS S RVE

Job # ORL45189

**Client Info:**

JILL S. SCHWARTZ & ASSOCIATES, P.A. - DAVID H. SPALTER ESQ.
655 W. MORSE BLVD.
STE. 212
Winter Park, FL  32789

**Case Info:**

**PLAINTIFF:**
PAIGE PRESTON, ET. AL
  -versus-
**DEFENDANT:**
PROPER & WILD, LLC, A FLORIDA LIMITED LIABILITY COMPANY,
ET. AL

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA

Court Case # **6:20-cv-01137-PGB-DCI**

**Service Info:**

Date Received by Accurate Serve: **9/18/2020** at **12:29 PM**
Service: I Served **PROPER & WILD, LLC C/O REGISTERED AGENT, CHELSIE SAVAGE**
With: **SUMMONS, COMPLAINT**
by leaving with **JAMIE SAVAGE, OWNER**

At Residence **1201 WINDSOR AVENUE LONGWOOD, FL 32750**
On **9/21/2020** at **03:20 PM**
Manner of Service: **2. LLC (LIMITED LIABILITY COMPANY)**
PURSUANT TO F.S. CH. 48.062 PROCESS AGAINST A LIMITED LIABILITY COMPANY, DOMESTIC OR FOREIGN, MAY BE SERVED ON THE REGISTERED AGENT DESIGNATED BY THE LIMITED LIABILITY COMPANY UNDER CHAPTER 605. A PERSON ATTEMPTING TO SERVE PROCESS PURSUANT TO THIS SUBSECTION MAY SERVE THE PROCESS ON ANY EMPLOYEE OF THE REGISTERED AGENT DURING THE FIRST ATTEMPT AT SERVICE EVEN IF THE REGISTERED AGENT IS A NATURAL PERSON AND IS TEMPORARILY ABSENT FROM HIS OR HER OFFICE.

**Served Description:  (Approx)**

Age: **45**, Sex: **Male**, Race:            5' 9", Weight: **180**, Hair: **Black**       No

I **BENNY GONZALEZ** certify that I am over the age       no interest in the above action,      am      in the
jurisdiction in which this service was made.

Signature of
**BENNY GONZALEZ**
Lic # **180016 & 0298**
**ACCURATE SERVE ORLANDO**
424 E CENTRAL BLVD, SUITE 304
Orlando, FL 32801
Phone: (407) 674-7038

Our Job # **ORL45189**

SUBSCRIBED AND SWORN to before me this     22nd     September        by **BENNY GONZALEZ**, Proved
to me on the       of                              ed
[X]                          ne

PUBLIC for the state of Florida

JAZMIN ALOMAR
Commission # HH 042588
Expires September 15, 2024
Bonded Thru Troy Fain Insurance 800-385-7019



1 of 1