# AFFIDAVIT OF PROCESS SERVER

Job # ORL45192

**Client Info:**

JILL S. SCHWARTZ & ASSOCIATES, P.A. - DAVID H. SPALTER ESQ.
655 W. MORSE BLVD.
STE. 212
Winter Park, FL  32789

**Case Info:**

**PLAINTIFF:**
PAIGE PRESTON, ET. AL
 -versus-
**DEFENDANT:**
PROPER & WILD, LLC, A FLORIDA LIMITED LIABILITY COMPANY, ET. AL

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA

Court Case # **6:20-cv-01137-PGB-DCI**

**Service Info:**

Date Received by Accurate Serve: **9/18/2020** at **12:29 PM**
Service: I Served **JAMIE SAVAGE**
With: **SUMMONS, COMPLAINT**
by leaving with **JAMIE SAVAGE** ,(Relationship)_____

At RESIDENCE 1201 WINDSOR AVENUE LONGWOOD, FL 32750
On **9/21/2020** at **03:20 PM**
**Manner of Service: 0. INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:** (Approx)

Age: **45**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **180**, Hair: **Black** Glasses: **No**

**Military Status:**

**Military Status = No**

**Service was Attempted on:**

(1) **9/18/2020** at **02:37 PM**, by **BENNY GONZALEZ** Loc: **1201 WINDSOR AVENUE, LONGWOOD, FL 32750**
(2) **9/19/2020** at **07:20 PM**, by **BENNY GONZALEZ** Loc: 1201 WINDSOR AVENUE, LONGWOOD, FL 32750

I **BENNY GONZALEZ** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:_____
**BENNY GONZALEZ**
Lic # **180016 & 0298**
**ACCURATE SERVE ORLANDO**
424 E CENTRAL BLVD, SUITE 304
Orlando, FL 32801
Phone: (407) 674-7038

Our Job # **ORL45192**

SUBSCRIBED AND SWORN to before me this ____22nd____ day of __September__, _2020_, by **BENNY GONZALEZ**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

_____
NOTARY PUBLIC for the state of Florida



JAZMIN ALOMAR
Commission # HH 042588
Expires September 15, 2024
Bonded Thru Troy Fain Insurance 800-385-7019




1 of 1