UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAIGE PRESTON, STEPHANIE WALSH,
RACHEL BESSER, NICOLE HALE, ARIEL
HOLTON and CAITLIN FERTIG, on behalf
of themselves and all those similarly situated,

        Plaintiffs,

                CASE NO. 6:20-cv-01137-ORL-40DCI

vs.

PROPER & WILD, LLC, a Florida limited liability
company, THE SANCTUM, LLC, a Florida limited
liability company, SANCTUM COFFEE AND
JUICE BAR, LLC, a Florida limited liability company,
JAMIE SAVAGE, individually, and CHELSIE
SAVAGE, individually,

        Defendants.
_____/

## RECEIPT AND ACKNOWLEDGMENT OF ACCEPTANCE OF SERVICE AS TO DEFENDANT CHELSIE SAVAGE

  COMES NOW, John Bolanovich, Esquire, counsel for Defendant, CHELSIE SAVAGE, in the above-styled cause and hereby acknowledges receipt of a copy of the Complaint in this action and in doing so accepts service of same on behalf of Defendant, CHELSIE SAVAGE, on September 24, 2020.

DATED this 24th day of September, 2020.

                John Bolanovich, Esquire
                Florida Bar No. 143707
                Bogin, Munns & Munns, P.A.
                1000 Legion Pl, Suite 1000
                Orlando, FL 32801
                Tel: 407-578-1334
                Fax: 407-578-2181
                Email jbolanovich@boginmunns.com

1