# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAIGE PRESTON, STEPHANIE WALSH,
RACHEL BESSER, NICOLE HALE, ARIEL
HOLTON and CAITLIN FERTIG, on behalf
of themselves and all those similarly situated,

                Plaintiffs,

                CASE NO.  6:20-cv-01137-ORL-40DCI

vs.

PROPER & WILD, LLC, a Florida limited liability
company, THE SANCTUM, LLC, a Florida limited
liability company, SANCTUM COFFEE AND
JUICE BAR, LLC, a Florida limited liability company,
JAMIE SAVAGE, individually, and CHELSIE
SAVAGE, individually,

                Defendants.
_____/

## **PLAINTIFFS' NOTICE OF SETTLEMENT**

      Plaintiffs, by and through counsel, hereby file this notice advising the court that, through direct negotiations with Defendants, the parties have reached a settlement in principle that will provide the Plaintiffs with full recovery of their unpaid wage claims pursuant to the Fair Labor Standards Act.  Upon execution of a settlement agreement by the parties, Plaintiffs will file a stipulation seeking final dismissal of this matter.

Date:  October 14, 2020                Respectfully submitted,

                                               s/ David H. Spalter, Esquire
                                               Jill S. Schwartz, Esquire
                                               Florida Bar No. 523021
                                             David H. Spalter, Esquire
                                             Florida Bar No. 966347
                                             Lauren R. Robertson, Esquire
                                             Florida Bar No. 109236

JILL S. SCHWARTZ & ASSOCIATES, P.A.
655 W. Morse Blvd., Suite 212
Winter Park, Florida 32789
Telephone: (407) 647-8911
Facsimile: (407) 628-4994
E-mail: jschwartz@schwartzlawfirm.net
E-mail: dspalter@schwartzlawfirm.net
E-mail: lrobertson@schwartzlawfirm.net
Secondary E-mail: acook@schwartzlawfirm.net
Secondary E-mail: docketing@schwartzlawfirm.net

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 14, 2020**, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                            s/ David H. Spalter
                                                            David H. Spalter, Esquire