UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAIGE PRESTON, STEPHANIE WALSH, RACHEL BESSER, NICOLE HALE, ARIEL HOLTON and CAITLIN FERTIG,

      Plaintiffs,

v.

Case No: 6:20-cv-1137-Orl-40DCI

PROPER & WILD, LLC, THE SANCTUM, LLC, SANCTUM COFFEE AND JUICE BAR, LLC, JAMIE SAVAGE and CHELSIE SAVAGE,

      Defendants.
_____/

## ORDER

The Court has been advised by the parties that the above-styled action has been settled. (Doc. 16). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on October 15, 2020.

*signed*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties