# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAIGE PRESTON, STEPHANIE WALSH, RACHEL BESSER, NICOLE HALE, ARIEL HOLTON and CAITLIN FERTIG,

    Plaintiffs,

v.              Case No: 6:20-cv-1137-Orl-40DCI

PROPER & WILD, LLC, THE SANCTUM, LLC, SANCTUM COFFEE AND JUICE BAR, LLC, JAMIE SAVAGE and CHELSIE SAVAGE,

    Defendants.
_____/

## ORDER

  This cause comes before the Court on review of the file. The Court was previously advised by the parties that the above-styled action had been settled. (Doc. 16). Therefore, the Court administratively closed the case, subject to the right of any party to file a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. (Doc. 17). The Court warned the parties that failure to timely file a stipulated form of final order or judgment within sixty (60) days of its order would result in the case being dismissed without prejudice without further notice to the parties. The time to do so has now passed.

  Accordingly, it is **ORDERED** and **ADJUDGED** that the case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

  **DONE AND ORDERED** in Orlando, Florida on January 6, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties